**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:
MICANEASHA ROSS,                                    CASE NO.:    16-04149-PMG

                          Debtor(s).
_____

## CHAPTER 13 PLAN

**CHECK ONE:**


_____        Debtor[1] certifies that the Plan does not deviate from the model plan
                     adopted by the Court at the time of the filing of this case.   Any
                     nonconforming provisions are deemed stricken.


____X____            The Plan contains provisions that are specific to this Plan in paragraph
                     9, Nonconforming Provisions.   Any nonconforming provision not set forth
                     in paragraph 9 is deemed stricken.


1.      **MONTHLY PLAN PAYMENTS.**   Plan payments include the Trustee's fee of 10% and
        shall begin 30 days from petition filing/conversion date.   Debtor shall make payments to
        the Trustee for the period of **36** months.   If the Trustee does not retain the full 10%, any
        portion not retained will be disbursed to allowed claims receiving payments under the plan
        and may cause an increased distribution to the unsecured class of creditors.

        A.               $408.00        from month one (1) through thirty-six (36).


        To pay the following creditors:


2.      **ADMINISTRATIVE ATTORNEY'S FEES.**

        **Base Fees:**                          **$4,400.00**
        **Total Paid Pre-petition:**            **$500.00**
        **Balance Due:**                        **$3,900.00**
        **Estimated Additional Fees Subject to Court Approval:   $0.00**

---

[1].      All references to "Debtor" include and refer to both of the Debtors in a case filed
          jointly by two individuals.

**Attorney's Fees Payable through Plan $275.00 monthly for months one (1) through twelve (12) and $25.00 monthly for months thirteen (13) through thirty-six (36) (subject to adjustment).**

3.      **PRIORITY CLAIMS (As defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| N/A | | |
| | | |

4.      **TRUSTEE FEES.**    Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5.      **SECURED CLAIMS.**    Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

(A)      **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.**    If the Plan provides for curing pre-petition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan.    These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each moth thereafter.    The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

(B)      **Claims Secured by Real Property / Debtor Intends to Seek Mortgage**

**Modification.   P**ending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Payment Amount |
|---|---|---|---|
| N/A | | | |
| | | | |

**(C)    Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.**   Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence.   A separate motion to determine secured status or to value the collateral must be filed.   The secured portion of the claim, estimated below, shall be paid:

| Last Four Digits of Acct. No. | Creditor | Collateral Descrip. / Address | Claim Amount | Value | Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 0557 | Badcock Furniture | Table/chairs, appliances | $4,116.00 | $1,000.00 | $29.75 (1-36) | 4.500% |
| 0001 | Florida Credit Union | 2011 Nissan Maxima | $19,778.00 | $7,700.00 | $62.45 (1-12) $312.35 (13-35) $312.40 (36) | 4.500% |

**(D)    Claims Secured by Real Property and / or Personal Property to Which Section 506 Valuation DOES NOT APPLY.**   Claims of the following secured creditors shall be paid in full with interest:

3

| Last Four Digit of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Payment | Interest Rate |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**(E)     Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearage |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

**(F)     Secured Claims / Lease Claims Paid Directly by Debtor.**  The following secured claims / lease claims are being made via automatic debit / draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit / draft.   The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.   Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.   (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay directly in the Lease / Executory Contract Section 6 below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral |
|---|---|---|
| N/A | | |
| | | |

**(G)     Liens to be Avoided pursuant to 11 U.S.C. § 522 / Stripped Off pursuant to 11 U.S.C. § 506.**  A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed:

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|

4

| N/A | | |
|-----|-----|-----|
| | | |

**(H)** **Surrender of Collateral / Leased Property.** Debtor will surrender the following collateral / leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of these claims in the Lease / Executory Contract section below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral to be Surrendered |
|-----|-----|-----|
| Unknown | Model Finance Company | 2008 Suzuki GSX1300R |
| | | |

**(I)** **Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|-----|-----|-----|
| N/A | | |
| | | |

## 6.    LEASES / EXECUTORY CONTRACTS:

| Last Four Digits of Acct. No. | Creditor | Property | Assume / Reject Surrender | Estimated Arrears |
|-----|-----|-----|-----|-----|
| N/A | | | | |
| | | | | |

7.    **GENERAL UNSECURED CREDITORS.**  General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors shall be no less than $0.00.

8.    **ADDITIONAL PROVISIONS.**

   (A)    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

   (B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

   (C)    Property of the estate (check one) *

        (1)    _____    shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

        (2)    __X__    shall vest in Debtor upon confirmation of the Plan.

        *    If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D)    The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and / or the proofs of claim as filed and allowed.   The Trustee shall only pay creditors with filed and allowed proof of claims.   An allowed proof of claim will control, unless the Court orders otherwise.

   (E)    The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions.  The actual distributions may vary.  If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

   (F)    Debtor shall timely file all tax returns and make all tax payments and deposits when due.   (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect).   For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return.   Unless otherwise ordered

consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments.  Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability.  **Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.**

9.      **NONCONFORMING PROVISIONS:**

1. All timely plan payments received by the Chapter 13 Trustee are deemed timely payment to each creditor.

2. Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the completion of the plan, unless specifically provided for in this plan, or by further Order of Court on month filed pursuant to F.R.B.P. Rule 3002.1(c), prior to the completion of the plan.

3. If the Debtor has surrendered collateral securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of Order Confirming Chapter 13 Plan, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

4. The 2008 Suzuki GSX1300R is surrendered to Model Finance Company in full satisfaction of the debt.

*/s/ Micaneasha Ross*                                    Dated: November 23, 2016
Micaneasha Ross, Debtor

DATED:   This 23rd day of November, 2016.

CANDYCE M. KING, P.A.
/s/ Candyce M. King
Candyce M. King
 Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtor
*kingcandyce@bellsouth.net*

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and parties in interest on the attached mailing matrix this 23rd day of November, 2016.

CANDYCE M. KING, P.A.
/s/ Candyce M. King
Candyce M. King
 Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtor
*kingcandyce@bellsouth.net*

| 16-04149-PMG Ross | 1st Pmt Due 12/10/2016 | Plan Mths 36 | Unsec pct 0.007% | Unsec Amt $34,939.71 | Trustee % 10.0% | | ATTY Fee $3,900.00 | | Badcock Furniture $1,070.88 | | Florida Credit Union $8,245.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTALS** | Unsecured $2.35 | | | Debtor Pmt $14,688.00 | Tee Fee $1,468.80 | | $3,900.00 | | $1,071.00 | | $8,245.85 |
| | | 36 | | | | | | | | | |
| 12/10/2016 | $0.00 | 1 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 1/10/2017 | $0.00 | 2 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 2/10/2017 | $0.00 | 3 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 3/10/2017 | $0.00 | 4 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 4/10/2017 | $0.00 | 5 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 5/10/2017 | $0.00 | 6 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 6/10/2017 | $0.00 | 7 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 7/10/2017 | $0.00 | 8 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 8/10/2017 | $0.00 | 9 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 9/10/2017 | $0.00 | 10 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 10/10/2017 | $0.00 | 11 | | $408.00 | $40.80 | | $275.00 | | $29.75 | | $62.45 |
| 11/10/2017 | $0.00 | 12 | | $408.00 | $40.80 | 12 at | $275.00 | | $29.75 | 12 at | $62.45 |
| 12/10/2017 | $0.10 | 13 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 1/10/2018 | $0.10 | 14 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 2/10/2018 | $0.10 | 15 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 3/10/2018 | $0.10 | 16 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 4/10/2018 | $0.10 | 17 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 5/10/2018 | $0.10 | 18 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 6/10/2018 | $0.10 | 19 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 7/10/2018 | $0.10 | 20 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 8/10/2018 | $0.10 | 21 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 9/10/2018 | $0.10 | 22 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 10/10/2018 | $0.10 | 23 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 11/10/2018 | $0.10 | 24 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 12/10/2018 | $0.10 | 25 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 1/10/2019 | $0.10 | 26 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 2/10/2019 | $0.10 | 27 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 3/10/2019 | $0.10 | 28 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 4/10/2019 | $0.10 | 29 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 5/10/2019 | $0.10 | 30 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 6/10/2019 | $0.10 | 31 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 7/10/2019 | $0.10 | 32 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 8/10/2019 | $0.10 | 33 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 9/10/2019 | $0.10 | 34 | | $408.00 | $40.80 | | $25.00 | | $29.75 | | $312.35 |
| 10/10/2019 | $0.10 | 35 | | $408.00 | $40.80 | | $25.00 | | $29.75 | 23 at | $312.35 |
| 11/10/2019 | $0.05 | 36 | 36 at | $408.00 | $40.80 | 24 at | $25.00 | 36 at | $29.75 | 1 at | $312.40 |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $0.00 | | | | $0.00 | | | | | | |
| | $2.35 | | | $14,688.00 | $1,468.80 | | $3,900.00 | | $1,071.00 | | $8,245.85 |
| Unsec Amt | $34,939.71 | | | | | | | | | | |
| | 0.007% | | | | | | | | | | |

| | | |
|---|---|---|
| Total Paid | $ | - |
| Plan pays to dat | $ | - |
| Total Plan pays | $ | - |
| | $ | - |

Label Matrix for local noticing
113A-3
Case 3:16-bk-04149-PMG
Middle District of Florida
Jacksonville
Wed Nov 23 17:28:28 EST 2016

Micaheasha Ross
502 Center Street
Live Oak, FL 32064-2916

ARS/Account Resolution Specialist
Po Box 459079
Sunrise, FL 33345-9079

(p)W S BADCOCK CORPORATION
POST OFFICE BOX 724
MULBERRY FL 33860-0724

Credit Collections Svc
Po Box 773
Needham, MA 02494-0918

Credit Management, LP
Attn: Bankruptcy
Po Box 118288
Carrolton, TX 75011-8288

Florida Credit Union
PO Box 4128
Tallahassee, FL 32315-4128

Florida Credit Union
Po Box 1702-201
Gainesville, FL 32602

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Model Finance Company
1068 W Town And Country
Orange, CA 92868-4716

Model Finance Company
PO Box 64090
Tucson, AZ 85728-4090

Paragon Revenue Group
216 Le Phillip Ct Ne
Concord, NC 28025-2954

Premier Bankcard, LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Specialized Collecti
P.O.Box 441508
Houston, TX 77244-1508

Sterling Credit Corp
555 Winderley Place Ste 100
Maitland, FL 32751-7133

Suwannee County Tax Collector
215 Pine Avenue, Ste A
Live Oak FL 32064-2349

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Us Dept of Ed/Great Lakes Educational Lo
Po Box 7860
Madison, WI 53707-7860

Candyce M. King +
Candyce M. King, P.A.
2219 Park Street
Jacksonville, FL 32204-4315

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Badcock Furniture
P.O. Box 497
Mulberry, FL 33860

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Paul M. Glenn | (d)W.S. Badcock Corporation | End of Label Matrix |
| Jacksonville | PO Box 724 | Mailable recipients    23 |
| | Mulberry, FL 33860-0724 | Bypassed recipients     2 |
| | | Total                  25 |