# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

MICANEASHA ROSS,                                    CASE NO.:    16-04149-PMG

                          Debtor(s).

_____

## FIRST AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

_____          Debtor [1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case.   Any nonconforming provisions are deemed stricken.

____**X**____          The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions.   Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1.    **MONTHLY PLAN PAYMENTS.**   Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date.   Debtor shall make payments to the Trustee for the period of **48** months.   If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the plan and may cause an increased distribution to the unsecured class of creditors.

    A.                    $311.00          from month one (1) through forty-eight (48).

To pay the following creditors:

2.    **ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fees:**                              **$4,400.00**
**Total Paid Pre-petition:**                **$500.00**
**Balance Due:**                            **$3,900.00**
**Estimated Additional Fees Subject to Court Approval:   $0.00**

---

[1].    All references to "Debtor" include and refer to both of the Debtors in a case filed jointly by two individuals.

**Attorney's Fees Payable through Plan $200.00 monthly for months one (1) through seventeen (17), $50.00 for month eighteen (18), and $25.00 monthly for months nineteen (19) through thirty-six (36) (subject to adjustment).**

3.    **PRIORITY CLAIMS (As defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| N/A | | |
| | | |

4.    **TRUSTEE FEES.**    Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5.    **SECURED CLAIMS.**    Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    (A)    **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.**    If the Plan provides for curing pre-petition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan.    These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each moth thereafter.    The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

    (B)    **Claims Secured by Real Property / Debtor Intends to Seek Mortgage Modification.**    Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for

*homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Payment Amount |
|---|---|---|---|
| N/A | | | |
| | | | |

      **(C)**    **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.**  Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence.  A separate motion to determine secured status or to value the collateral must be filed.  The secured portion of the claim, estimated below, shall be paid:

| Last Four Digits of Acct. No. | Creditor | Collateral Descrip. / Address | Claim Amount | Value | Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 0557 | Badcock Furniture | Table/chairs, appliances | $4,116.00 | $1,000.00 | $22.80 (1-47) $22.98 (48) | 4.500% |
| 0001 | Florida Credit Union | 2011 Nissan Maxima | $19,778.00 | $7,700.00 | $57.00 (1-17) $207.00 (18) $232.00 (19-36) $257.00 (37-47) $249.15 (48) | 4.500% |

      **(D)**    **Claims Secured by Real Property and / or Personal Property to Which**

**Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last Four Digit of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Payment | Interest Rate |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

 

(E) **Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearage |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

 

(F) **Secured Claims / Lease Claims Paid Directly by Debtor.** The following secured claims / lease claims are being made via automatic debit / draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit / draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay directly in the Lease / Executory Contract Section 6 below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral |
|---|---|---|
| N/A | | |
| | | |

 

(G) **Liens to be Avoided pursuant to 11 U.S.C. § 522 / Stripped Off pursuant to 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed:

4

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| N/A | | |
| | | |

**(H)** **Surrender of Collateral / Leased Property.** Debtor will surrender the following collateral / leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.   (Note: The Plan must provide for the rejection of these claims in the Lease / Executory Contract section below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral to be Surrendered |
|---|---|---|
| Unknown | Model Finance Company | 2008 Suzuki GSX1300R |
| | | |

**(I)** **Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| N/A | | |
| | | |

6. **LEASES / EXECUTORY CONTRACTS:**

| Last Four Digits of Acct. No. | Creditor | Property | Assume / Reject Surrender | Estimated Arrears |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

7.      **GENERAL UNSECURED CREDITORS.**  General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors shall be no less than $0.00.

8.      **ADDITIONAL PROVISIONS.**

(A)      Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

(B)      Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)      Property of the estate (check one) *

(1)      _____      shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

(2)      __X__      shall vest in Debtor upon confirmation of the Plan.

*      If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)      The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and / or the proofs of claim as filed and allowed.   The Trustee shall only pay creditors with filed and allowed proof of claims.   An allowed proof of claim will control, unless the Court orders otherwise.

(E)      The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions.   The actual distributions may vary.   If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F)      Debtor shall timely file all tax returns and make all tax payments and deposits when due.   (However, if Debtor is not required to file tax returns, Debtor shall provide

Trustee with a statement to that effect).   For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return.   Unless otherwise ordered consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments.   Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability.   **Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.**

9.      **NONCONFORMING PROVISIONS:**

1. All timely plan payments received by the Chapter 13 Trustee are deemed timely payment to each creditor.

2. Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the completion of the plan, unless specifically provided for in this plan, or by further Order of Court on month filed pursuant to F.R.B.P. Rule 3002.1(c), prior to the completion of the plan.

3. If the Debtor has surrendered collateral securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of Order Confirming Chapter 13 Plan, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

4. The 2008 Suzuki GSX1300R is surrendered to Model Finance Company in full satisfaction of the debt.

_/s/ Micaneasha Ross_                                  Dated: November 30, 2016
Micaneasha Ross, Debtor


DATED:   This 30th day of November, 2016.

                                                    CANDYCE M. KING, P.A.
                                                    /s/ Candyce M. King
                                                    Candyce M. King
                                                     Florida Bar Number 307210
                                                    Sarah A. Mannion
                                                    Florida Bar Number 103087
                                                    2219 Park Street
                                                    Jacksonville, Fl 32204
                                                    904/387-9886; Fax 904/387-9862
                                                    Attorney for Debtor
                                                    _kingcandyce@bellsouth.net_

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and parties in interest on the attached mailing matrix this 30th day of November, 2016.

CANDYCE M. KING, P.A.

<u>/s/ Candyce M. King</u>

Candyce M. King

 Florida Bar Number 307210

Sarah A. Mannion

Florida Bar Number 103087

2219 Park Street

Jacksonville, Fl 32204

904/387-9886; Fax 904/387-9862

Attorney for Debtor

*kingcandyce@bellsouth.net*

| 16-04149-PMG Ross | 1st Pmt Due 12/10/2016 | Plan Mths 48 | Unsec pct 0.036% | Unsec Amt $34,939.71 | Trustee % 10.0% | ATTY Fee | Badcock Furniture | Florida Credit Union |
|---|---|---|---|---|---|---|---|---|
| | Unsecured | | | | | $3,900.00 | $1,094.58 | $8,428.15 |
| TOTALS | $12.47 | | | Debtor Pmt $14,928.00 | Tee Fee $1,492.80 | $3,900.00 | $1,094.58 | $8,428.15 |
| | | 48 | | | | | | |
| 12/10/2016 | $0.10 | 1 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 1/10/2017 | $0.10 | 2 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 2/10/2017 | $0.10 | 3 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 3/10/2017 | $0.10 | 4 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 4/10/2017 | $0.10 | 5 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 5/10/2017 | $0.10 | 6 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 6/10/2017 | $0.10 | 7 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 7/10/2017 | $0.10 | 8 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 8/10/2017 | $0.10 | 9 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 9/10/2017 | $0.10 | 10 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 10/10/2017 | $0.10 | 11 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 11/10/2017 | $0.10 | 12 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 12/10/2017 | $0.10 | 13 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 1/10/2018 | $0.10 | 14 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 2/10/2018 | $0.10 | 15 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 3/10/2018 | $0.10 | 16 | | $311.00 | $31.10 | $200.00 | $22.80 | $57.00 |
| 4/10/2018 | $0.10 | 17 | | $311.00 | $31.10 | 17 at $200.00 | $22.80 | 17 at $57.00 |
| 5/10/2018 | $0.10 | 18 | | $311.00 | $31.10 | 1 at $50.00 | $22.80 | 1 at $207.00 |
| 6/10/2018 | $0.10 | 19 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 7/10/2018 | $0.10 | 20 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 8/10/2018 | $0.10 | 21 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 9/10/2018 | $0.10 | 22 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 10/10/2018 | $0.10 | 23 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 11/10/2018 | $0.10 | 24 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 12/10/2018 | $0.10 | 25 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 1/10/2019 | $0.10 | 26 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 2/10/2019 | $0.10 | 27 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 3/10/2019 | $0.10 | 28 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 4/10/2019 | $0.10 | 29 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 5/10/2019 | $0.10 | 30 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 6/10/2019 | $0.10 | 31 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 7/10/2019 | $0.10 | 32 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 8/10/2019 | $0.10 | 33 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 9/10/2019 | $0.10 | 34 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 10/10/2019 | $0.10 | 35 | | $311.00 | $31.10 | $25.00 | $22.80 | $232.00 |
| 11/10/2019 | $0.10 | 36 | | $311.00 | $31.10 | 18 at $25.00 | $22.80 | 18 at $232.00 |
| 12/10/2019 | $0.10 | 37 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 1/10/2020 | $0.10 | 38 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 2/10/2020 | $0.10 | 39 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 3/10/2020 | $0.10 | 40 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 4/10/2020 | $0.10 | 41 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 5/10/2020 | $0.10 | 42 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 6/10/2020 | $0.10 | 43 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 7/10/2020 | $0.10 | 44 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 8/10/2020 | $0.10 | 45 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 9/10/2020 | $0.10 | 46 | | $311.00 | $31.10 | | $22.80 | $257.00 |
| 10/10/2020 | $0.10 | 47 | | $311.00 | $31.10 | | 47 at $22.80 | 11 at $257.00 |
| 11/10/2020 | $7.77 | 48 | 48 at | $311.00 | $31.10 | | 1 at $22.98 | 1 at $249.15 |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $0.00 | | | | $0.00 | | | |
| | $12.47 | | | $14,928.00 | $1,492.80 | $3,900.00 | $1,094.58 | $8,428.15 |
| Unsec Amt | $34,939.71 | | | | | | | |
| | 0.036% | | | | | | | |

| Total Paid | $ - |
|---|---|
| Plan pays to dat | $ - |
| Total Plan pays | $ - |
| | $ - |

```
Label Matrix for local noticing          Micaheasha Ross                    ARS/Account Resolution Specialist
113A-3                                    502 Center Street                  Po Box 459079
Case 3:16-bk-04149-PMG                    Live Oak, FL 32064-2916            Sunrise, FL 33345-9079
Middle District of Florida
Jacksonville
Wed Nov 30 11:50:26 EST 2016

(p)W S BADCOCK CORPORATION                CRG Agent for Model Finance CO     Credit Collections Svc
POST OFFICE BOX 724                       BIN # 920074                       Po Box 773
MULBERRY FL 33860-0724                    PO Box 29425                       Needham, MA 02494-0918
                                          Phoenix, AZ  85038-9425


Credit Management, LP                     Florida Credit Union               Florida Credit Union
Attn: Bankruptcy                          PO Box 4128                        Po Box 1702-201
Po Box 118288                             Tallahassee, FL 32315-4128         Gainesville, FL 32602
Carrolton, TX 75011-8288


Florida Dept. of Revenue                  Fst Premier                        Internal Revenue Service
Bankruptcy Unit                           601 S Minneapolis Ave              PO Box 7346
P.O. Box 6668                             Sioux Falls, SD 57104              Philadelphia, PA  19101-7346
Tallahassee, FL 32314-6668


Model Finance Company                     Model Finance Company              Paragon Revenue Group
1068 W Town And Country                   PO Box 64090                       216 Le Phillip Ct Ne
Orange, CA 92868-4716                     Tucson, AZ 85728-4090              Concord, NC 28025-2954


Premier Bankcard, LLC                     Specialized Collecti               Sterling Credit Corp
PO Box 7999                               P.O.Box 441508                     555 Winderley Place Ste 100
Saint Cloud, MN 56302-7999                Houston, TX 77244-1508             Maitland, FL 32751-7133


Suwannee County Tax Collector             United States Attorney             Us Dept of Ed/Great Lakes Educational Lo
215 Pine Avenue, Ste A                    300 North Hogan St Suite 700       Po Box 7860
Live Oak FL 32064-2349                    Jacksonville, FL 32202-4204        Madison, WI 53707-7860


Candyce M. King +                         United States Trustee - JAX 13/7 7+ Douglas W. Neway +
Candyce M. King, P.A.                     Office of the United States Trustee P O Box 4308
2219 Park Street                          George C Young Federal Building    Jacksonville, FL 32201-4308
Jacksonville, FL 32204-4315               400 West Washington Street, Suite 1100
                                          Orlando, FL 32801-2210


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Badcock Furniture
P.O. Box 497
Mulberry, FL 33860

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paul M. Glenn                    (d)CRG Agent for Model Finance Co        (d)W.S. Badcock Corporation
Jacksonville                        BIN # 920074                             PO Box 724
                                    PO Box 29425                             Mulberry, FL 33860-0724
                                    Phoenix, AZ  85038-9425


End of Label Matrix
Mailable recipients     24
Bypassed recipients      3
Total                   27